JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCORRO PEREZ,<br><br>          Plaintiff,<br><br>     vs.<br><br>TARGET CORPORATION and DOES 1 TO 15,<br><br>          Defendants. | CASE NO. SACV 11-00823 JST (SSx)<br><br>**ORDER RE: STIPULATION OF DISMISSAL**<br>**(FRCP 41(a)(1))**<br><br>[Filed Concurrently With Stipulation Of Dismissal]<br><br>TRIAL DATE:  06/05/12<br>TRIAL TIME:    9:00 AM<br><br>PRE-TRIAL CONFERENCE DATE;  05/21/12<br>PRE-TRIAL CONFERENCE TIME;   1:30 PM<br><br>ROOM: Courtroom 10-A<br><br>Hon. Josephine Staton Tucker,<br>United States District Judge |

///

///

///

///

**ORDER RE: STIPULATION OF DISMISSAL**

1  **IT IS HEREBY ORDERED** that the Stipulation of Dismissal entered into between counsel for Plaintiff, SOCORRO PEREZ, and counsel for Defendant, TARGET STORES, a Division of Target Corporation erroneously sued and served as Target Corporation, on February 22, 2012, be entered as a matter of record; and that the case of "Socorro Perez, Plaintiff vs. Target Corporation, and Does 1 to 15, Defendants," Case No SACV 11-00823 JST (SSx), be dismissed in its entirety <u>with prejudice</u> pursuant to FRCP 41(a)(1).

DATED: February 23, 2012

_____
Honorable Josephine Staton Tucker
United States District Court Judge

**ORDER RE: STIPULATION OF DISMISSAL**